AO 132 (Rev. 5/85) Exemplification Certificate

**'08 MC 460**

FILED
2008 AUG 26 AM 9:23

# United States District Court

BY _____ DISTRICT OF _____

## EXEMPLIFICATION CERTIFICATE

I, __WILLIAM T. WALSH__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Default Judgment

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __NEWARK__ on __7/24/08__
City / Date

__WILLIAM T. WALSH__        Jane DelleMonache
Clerk                       (By) Deputy Clerk

I, __DENNIS M. CAVANAUGH__ certify that __WILLIAM T. WALSH__, a Judicial Officer of this Court, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, named above, is and was on the date noted, and the attestation of the record, are in accordance with the laws of the United States.

__28 July 2008__
Date

Signature of Judicial Officer

Title __Dennis M. Cavanaugh__
U.S. District Judge

I, __WILLIAM T. WALSH__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __DENNIS M. CAVANAUGH__, Judicial Officer, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____ __NEWARK__ in this State, on __7/24/08__
City / Date

__WILLIAM T. WALSH__        Jane DelleMonache
Clerk                       (By) Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------x
F.C.V., INC., individually and as a representative
of all others similarly situated,

                Plaintiff,

-against-

STERLING NATIONAL BANK.

                Defendant.
------------------------------x

**DEFAULT JUDGMENT**

Case NO. 04-CV-05035-DMC-MF

      WHEREAS This class action was settled pursuant to a Settlement Agreement dated January 20, 2006 (the "Settlement"), and

      WHEREAS American Sports Direct, LLC and Carey Leo are members of the class in the class action, and

      WHEREAS American Sports Direct, LLC and Carey Leo did not opt out of the Settlement, and

      WHEREAS the Court entered a Final Judgment and Order approving the Settlement binding upon all members of the class not opting out of the Settlement, and

      WHEREAS paragraph numbered "11(d)" of the Settlement authorized entry of default judgment against those class members who defaulted in their obligations under the Settlement, and

      WHEREAS, Sterling National Bank has submitted an affidavit establishing the defaults of American Sports Direct, LLC and Carey Leo.

      IT IS, on motion of Sterling National Bank

      **ORDERED, ADJUDGED AND DECREED**: that Sterling National Bank have judgment against the plaintiffs, American Sports Direct, LLC and Carey Leo, in the total

1118-535

amount of $34,799.39, that said judgment continue to accrue interest at the rate provided by statute until paid, and that Sterling National Bank may have execution therefrom.

Dated: Newark, New Jersey
February 28, 2007

*[signature]*
**United States District Court Judge**
Dennis M. Cavanaugh
U.S. District Judge

**THIS DOCUMENT WAS ENTERED**

**ON THE DOCKET ON** _____ .

Certified as a true copy on
This Date: 7-24-08
By *[signature]*
( ) Clerk
( ✓ ) Deputy

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

        #  154432     - TC

         August 26, 2008
            09:36:25


               Misc. Case
    USAO #.: 08MC460
    Amount.:
    Check#.: BC038131           $39.00 CK



        Total->  $39.00


    FROM: MISC CASE FILING
```